UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| KENT PORTER, SR., and COWLITZ INDIANS, et al., | No. C04-5832RBL |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTIONS |
| v. | |
| JOAN ORTEZ, et al., | |
| Defendants. | |

This matter is before the court on the following Motions: Plaintiff's "Motion for More Definite Statement" [Dkt. # 16]; Plaintiff's "Challenge to the Court's Order" Denying Plaintiff's Motions for Summary Judgment and for Liens [Dkt. #19]; and Plaintiff's "Motion for Admission of Relevant Evidence" [Dkt. #20]. Defendants have responded to, and oppose, the Motion for a More Definite Statement. None of the Motions contain any factual background, legal analysis, or any decipherable articulation of the relief sought. It is difficult, if not impossible, to ascertain just what the Plaintiff asks the Court to do.

It should also be noted that while the Plaintiff may have *mailed* his complaint and various motions to some or all of the Defendants, such "service" does not invoke this court's jurisdiction over the defendants. *See* Fed. R. Civ. P. 4. Original service must be completed.

ORDER                                                                 1

1  Plaintiff's Motions are DENIED.

2  DATED this 26th day of April, 2005.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE